Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x 241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorney for Plaintiffs,
David Dicks and Laurelle Dicks

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| David Dicks and Laurelle Dicks, | ) | **Case No.:** |
| | ) | |
| Plaintiffs, | ) | **Complaint and Demand for Jury Trial** |
| | ) | |
| v. | ) | **(Unlawful Debt Collection Practices)** |
| | ) | |
| Harrison, Ross, Byck, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' COMPLAINT**

David Dicks and Laurelle Dicks (Plaintiffs), through their attorneys, Krohn & Moss, LTD., allege the following against Harrison, Ross, Byck, P.C. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

**PARTIES**

5. Plaintiffs are natural persons residing in Tucson, Arizona.

6. Plaintiffs are consumers as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiffs allegedly owe a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiffs.

8. Defendant is a collection agency and conducts business in the State of Arizona.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

10. Defendant constantly and continuously placed collection calls to Plaintiffs, multiple times per day, several days per week, seeking payment for an alleged debt.

11. Defendant contacted Plaintiff, David Dicks, at his place of employment, despite being told not to call Plaintiff at his place of employment.

12. Plaintiffs mailed Defendant a certified cease and desist letter.

13. Defendant continued to contact Plaintiffs despite receiving Plaintiffs cease and desist letter.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

14. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(a)(3)* by repeatedly contacting Plaintiff, David Dicks, at his place of employment even though Defendant knew that Plaintiff's

employer prohibits the consumer from receiving such communications;

b. Defendant violated §*1692c(c)* of the FDCPA by contacting Plaintiffs after they sent a cease and desist letter;

c. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of this is to harass, abuse, and oppress Plaintiffs; and

d. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiffs' telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiffs.

Wherefore, Plaintiffs, David Dicks and Laurelle Dicks, respectfully request judgment be entered against Defendant, Harris, Ross & Byck P.C., for the following:

15. Statutory damages of $1000.00, pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

17. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiffs, David Dicks and Laurelle Dicks, demand a jury trial in this cause of action.

Respectfully Submitted

Dated: July 25, 2011            KROHN & MOSS, LTD.

By: /s/ Ryan Lee_____
　　　Ryan Lee, Esq.
　　　Attorney for Plaintiffs

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, DAVID DICKS, states as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DAVID DICKS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 07/14/11                                                   _____
                                                                               DAVID DICKS

- 4 -

PLAINTIFFS' COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, LAURELLE DICKS, states as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, LAURELLE DICKS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 07/14/11                            _____
                                          LAURELLE DICKS