**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| David Dicks and Laurelle Dicks, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Harrison, Ross, Byck, P.C., ) <br> ) <br> Defendant. ) <br> ) | CIV 11-439-TUC-JGZ <br> **ORDER** |

Pursuant to the parties' Stipulation to Dismiss under FED.R.CIV.P. 41(a)(1), IT IS HEREBY ORDERED that this case is dismissed with prejudice. Each party to bear their own costs and attorneys fees. The Clerk of the Court shall close the file in this matter.

Dated this 1st day of March, 2012.

*Jennifer Zipps*
Jennifer G. Zipps
United States District Judge